UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON R. WHITE,<br>    *Plaintiff*, | §<br>§<br>§ |
| v. | § Civil Action No. 3:25-CV-48-X-BK |
| | § |
| DALLAS AREA RAPID TRANSIT<br>(DART), ET AL.,<br>    *Defendants*. | §<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court has reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. White's state tort claims are **DISMISSED WITH PREJUDICE** and his § 1983 claims are **DISMISSED WITHOUT PREJUDICE**. And because White filed his second amended complaint within the time frame established by the Court, that complaint is **ADOPTED** as the operative complaint.

**SO ORDERED** this 29th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE